IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD BROOK,

      Plaintiff,                    No. CIV S-09-1364 GEB KJN (TEMP) P

  vs.

J.W. HAVILAND, et al.,

      Defendants.         <u>ORDER</u>

                            /

      Defendants have requested an extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' request for an extension of time (#42) is granted; and

      2. Defendants' are granted until April 11, 2011 to file a motion for summary judgment.

DATED: February 9, 2011

                                               /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

broo1364.31