1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD BROOK,

11          Plaintiff,              No. CIV S-09-1364 GEB KJN (TEMP) P

12      vs.

13   J.W. HAVILAND, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          On July 26, 2011, plaintiff filed a request for reconsideration of the magistrate

17   judge's order filed July 14, 2011, denying plaintiff's motion for the appointment of counsel.

18   Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly

19   erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not

20   appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

21          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

22   magistrate judge filed July 14, 2011, is affirmed.

23   Dated:  August 1, 2011

24

25                                    _____
                                      GARLAND E. BURRELL, JR.
26                                    United States District Judge