IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD BROOK,

    Plaintiff,          No. CIV S-09-1364 GEB CKD P

  vs.

V. SING, et al.,

    Defendants.          ORDER

_____/

        On January 17, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 10, 2012, denying plaintiff's motion to amend his complaint. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 10, 2012, is affirmed.

Dated: January 25, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge