IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD BROOK,

        Plaintiff,                 No. 2:09-cv-1364 GEB CKD P

  vs.

V. SINGH, et al.,                 ORDER & WRIT OF HABEAS CORPUS
                                                AD TESTIFICANDUM

        Defendants.

_____/

        Ronald Brook, inmate # B-73494, a necessary and material witness in a settlement conference in this case on July 9, 2012, is confined in Deuel Vocational Institution, 23500 Kasson Road, Tracy, California 95376, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26 on July 9, 2012 at 9:30 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Deuel Vocational Institution, P. O. Box 400, Tracy, California 95378:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney, at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 4, 2012

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE