# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RONALD BROOK,

        Plaintiff,                No. 2:09-cv-1364 GEB CKD P

   vs.

V. SINGH, et al.,

        Defendants.             **ORDER & WRIT OF HABEAS CORPUS**
                                /      **AD TESTIFICANDUM**

_____

       Donald Wimberly, inmate # B-69231, a necessary and material witness in proceedings in this case on May 7, 2013, is confined in California State Prison, Solano, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 10, United States Courthouse, 501 I Street, Sacramento, California on May 7, 2013, at 9:00 a.m..

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California 95696-4000.**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

 Dated: April 3, 2013

                           _____
                           CAROLYN K. DELANEY
                           UNITED STATES MAGISTRATE JUDGE

2/kly
broo1364.841(wimb)